IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TANYA CLEMENT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| THE SURGICAL CLINIC, P.L.L.C., | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant The Surgical Clinic, P.L.L.C., (hereinafter "Defendant" or "The Surgical Clinic") hereby removes this action to this Court pursuant to 28 U.S.C. § 1441(a) and, in support thereof, states as follows:

1. A civil action was filed on September 28, 2020, and is now pending in the Chancery Court for Davidson County, Tennessee, Case No. 20-0974-II, wherein Tanya Clement is the Plaintiff and The Surgical Clinic is the Defendant. (*See* Pl.'s Compl., attached at Ex. 1, and Pl.'s Summons, attached at Ex. 2).

### Federal Question Jurisdiction Exists

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 over this lawsuit.

3. Plaintiff asserts claims under federal law. Specifically, the first count of her Complaint asserts a claim of retaliation under the federal Emergency Family and Medical Leave Expansion Act ("EFMLEA") and federal Families First Coronavirus Response Act ("FFCRA"). (*See* Pl.'s Compl. ¶¶ 3, 19-24).

4. As such, federal question jurisdiction is pled on the face of the Complaint.

### Supplemental Jurisdiction Exists Over Plaintiff's State Law Claim

5. Plaintiff also pleads a claim under the Tennessee Human Rights Act ("THRA"). (*See* Pl.'s Compl. ¶¶ 25-27).

6. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's THRA claim.

## Removal Is Timely

7. Defendant was served on October 13, 2020.

8. Defendant removed this matter on November 9, 2020, and thus before the November 12, 2020 deadline for removal.

## Conclusion

9. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331. The Complaint presents a federal question under the EFMLEA and FFCRA, and the Court has supplemental jurisdiction over Plaintiff's THRA claim. Therefore, Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1441 (a).

WHEREFORE, Defendant removes this action from state court to this Court.

Respectfully submitted,

*/s/ Jonathan O. Harris*
Jonathan O. Harris, TN #021508
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant
The Surgical Clinic, P.L.L.C.

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2020, the foregoing was filed electronically with the Clerk of Court to be served by U.S. Mail, *postage pre-paid*, upon the following:

Mathew Zenner
Zenner Law, PLLC
320 Seven Springs Way, Suite 250
Brentwood, TN 37027

*/s/ Jonathan O. Harris*

44512819.1